ATTACHMENT 3.c.

Exhibit 7 - Page 1

**From:** Chen, Rachel@CDCR
**Sent:** Thursday, May 29, 2014 4:13 PM
**To:** Monthei, Eric@CDCR
**Subject:** Issues

Hi Dr. Monthei,

I am writing to you to raise my concerns about the recent strings of emails, and behaviors exhibited at meetings by Dr. Wadsworth.

I have always respected and worked well with Dr. Wadsworth. However, recently (in the last month or two) he has been exhibiting behaviors that have made the work environment uncomfortable for me.

Specifically, he has been emailing the entire management team with questions directed towards you, instead of just emailing you individually. The questions themselves appear to be loaded, and all seem to revolve around clarification around issues that should be clear by virtue of our trainings and/or existing procedures. Not understanding what his intentions are, it is very comfortable to be cc'ed on these emails, as I feel like I am being used as a pawn in some elaborate chess game that I don't understand. Dr. Wadsworth exhibits similar behaviors at management team and subcommittee meetings, often asking questions that he should know the answers to, and/or challenging the answers given to him. Again, these questions appear to be asked for specific purposes for reasons that are unknown to me. This has affected my willingness to process issues openly at our meetings, as I now have to filter/rethink everything I say, or take issues off the agenda altogether. Several of our team members have expressed similar sentiments to me in private. My concern is that if this continues our management meetings will no longer be meaningful, as everyone is actively filtering and censoring themselves.

If there is anything that can be done about this situation I would greatly appreciate it. Thank you for your consideration.

Rachel J. Chen, Psy.D.
Senior Psychologist
Specialized Care Team
415.454.1460 extension 3735

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use go of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Exhibit 7[1] Page 2

ATTACHMENT 3.d.

Exhibit 7 - Page 3

**From:** Van Burg, Chera@CDCR
**Sent:** Friday, May 30, 2014 6:43 PM
**To:** Monthei, Eric@CDCR
**Subject:** FW: IP Williams - OHU, question re: capacity

Dr. Monthei,

The email below from Dr. Wadsworth seems particularly inappropriate, and is yet another example of Dr. Wadsworth airing supervisory issues in a manner that is uncomfortable for me in this
case, as it has been for many of us on the Management Team with other correspondences and narratives he has put forth.

The example in the email below is particularly concerning as it loops in another discipline – Medical in this instance. His airing of these issues in this manner will no doubt undermine the
perspective of other disciplines toward Mental Health – which appears to be his intention. In addition, his perception as expressed in his email below, is intentionally skewed to serve his
personal agenda, which is apparently to present you in an unfavorable or questionable light. This type of unwarranted attack on you and others on the management team represents a
concerning distortion of reality.

Additionally, the relatively recent change Dr. Wadsworth has made in addressing you as "Eric" also appears to be an attempt on his part to undermine your authority and seems condescending
given that the Management Team has always referred to you as Dr. Monthei, as did he until recently. The management team also address each other as "Dr." with our last name, which is the
way you address each of us as well. His use of your first name in this manner in emails and in management meetings is quite uncomfortable given its passive aggressive nature and tone.

In fact, Dr. Wadsworth's behavior has made management meetings difficult as I don't feel I can openly share information that would normally be part of our meetings given I no longer trust his
intentions, judgment, and perception of reality. In addition, his thinly veiled, convoluted verbal narratives meant to undermine you or other management team members has created a hostile,
disruptive work environment. Our management meetings, which used to be a place of productivity and collaboration, are increasingly being disrupted by Dr. Wadsworth's hostility. This not only
causes stress, but it affects our ability to function optimally as a team. This is particularly unfortunate as our team with your leadership has been a cohesive unit that has accomplished a great
deal relative to the MHSDS and the institution. As a member of the management team for the past six years, this is very disheartening.

I have also observed this type of behavior from Dr. Wadsworth in the Mental Health Subcommittee meetings, which are attended not only by Mental Health staff, but Custody and Medical staff
as well. In these meetings, Dr. Wadsworth has asked for clarification regarding distribution of email or other issues to which the answer is obvious. I can only surmise that he is using the meeting
for his personal agenda of attempting to discredit you or other managers. The reaction of others in the meeting has been confusion and discomfort, and his behavior has served to disrupt the meeting.
As a result, I find myself censoring what I bring into this meeting when he is present out of concern he will distort the information in some manner.

I must add that Dr. Wadsworth's underlying anger, distorted thinking, and hostile behavior is not inconsistent with some of the characteristics of individuals who have imploded and resorted to violence

1
Exhibit 7 - Page 4

towards the people they target. While I hope he would not resort to this, the fact that I am concerned about this as a possibility further demonstrates the very concerning work environment his actions have created. It is beyond hostile, it is becoming frightening.

I will continue to express my discomfort and concern to you regarding Dr. Wadsworth's behavior so that you are fully aware of the affect he is having on me as a manager, and the negative effects of his behavior on the institution as a whole.

Thank you.

*Chera Van Burg, Ph.D.*
*Senior Psychologist/Supervisor*
*Director of Psychology Training Programs*
*San Quentin State Prison Mental Health Delivery Services*
*415-454-1460, extension 3748*

PLEASE NOTE: This email may contain **PRIVILEGED AND CONFIDENTIAL INFORMATION** intended to be delivered only to the individual(s) indicated above. If you are **NOT** the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is **STRICTLY PROHIBITED**.

---

**From:** Wadsworth, Chris@CDCR
**Sent:** Friday, May 30, 2014 7:40 AM
**To:** Monthei, Eric@CDCR; Nelson, Ingrid@CDCR
**Cc:** Van Burg, Chera@CDCR
**Subject:** IP Williams - OHU, question re: capacity

As an update: I arrived especially early today to address the consultation re: capacity to refuse antiretrovirals for IP Willams on the OHU before I would begin today's full caseload on the second floor.

First, it was great to be back on the 4th floor, thanks for providing your permission for me to handle this consultation, Eric. Although this was an outpatient case on the medical-side, it's at least a step closer to inpatient care. Thank you for allowing me to handle the consultation...

Second, I spent ~40 minutes reviewing records and another 45 minutes with him on the floor. Ingrid, I'll touch base with you later today. I still have more records/literature to review. I'm leaning in one direction, but will likely feel more assured after I gather additional collateral information.

Ingrid, how can I reach you? 3590?

Thanks,

Chris


**Christopher Wadsworth, M.D.**
**Chief Psychiatrist, San Quentin State Prison**
**California Department of Corrections & Rehabilitation**
office: (415) 721-3542
mobile: (415) 419-9960

**CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally**

Exhibit 7 2 Page 5

privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately.

ATTACHMENT 3.e.

Exhibit 7 - Page 7

# Monthei, Eric@CDCR

**From:** Monthei, Eric@CDCR
**Sent:** Saturday, May 31, 2014 12:50 PM
**To:** Whyte, Laura@CDCR
**Subject:** RE: FYI

Understood. Please let me know when you are off-site. Thank you.

**Eric E. Monthei, Psy.D.**
Chief of Mental Health

**San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
(415) 721-3540 (Office)
(415) 306-1334 (BlackBerry)
Eric.Monthei@CDCR.CA.GOV (E-Mail)

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Whyte, Laura@CDCR
**Sent:** Saturday, May 31, 2014 12:44 PM
**To:** Monthei, Eric@CDCR
**Subject:** RE: FYI

Dr. Monthei,

I am uncomfortable and anxious about being onsite with him generally-these feelings are heightened with limited staff and support around.

Thank you for permission to leave. Working in fear is unproductive.

I have reassigned 1 of the 4 tasks I came in to complete to some of my weekend staff. I have left the 3 remaining tasks with instructions for my weekday staff to complete during normal work hours.

LW

**From:** Monthei, Eric@CDCR
**Sent:** Saturday, May 31, 2014 12:32 PM
**To:** Whyte, Laura@CDCR
**Subject:** RE: FYI

Unfortunately, it is not uncommon for our management team to work weekends and holidays. However, our past practice is for management to coordinate this need with me, as you did on Thursday and Friday. Given that he did not coordinate his presence with me and does not have any specific weekend related assignment, I have no idea what non-patient related work he may be conducting.

Regardless of what he may or may not be working on, if Dr. Wadsworth's unscheduled presence without other supervisors being on-site is discomforting or disruptive then please feel free to leave. Given the uniqueness of this situation, please let me know if we should coordinate making alternative arrangements for the inpatient ICF assignments that you requested to complete on this date. Thank you.