**Eric E. Monthei, Psy.D.**
Chief of Mental Health

**San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
(415) 721-3540 (Office)
(415) 306-1334 (BlackBerry)
Eric.Monthei@CDCR.CA.GOV (E-Mail)

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Whyte, Laura@CDCR
**Sent:** Saturday, May 31, 2014 11:49 AM
**To:** Monthei, Eric@CDCR
**Subject:** FYI

Wadsworth is onsite.

L. Whyte, LCSW
Senior Social Worker
Mental Health Services Delivery System
San Quentin State Prison
415-454-1460 x3750

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately.

Exhibit 7 - Page 9

ATTACHMENT 3.f.

Exhibit 7 - Page 10

**DIVISION OF ADULT OPERATIONS**
SAN QUENTIN STATE PRISON
San Quentin, CA 94964



# Memorandum

Date: May 31, 2014
To: Dr. Monthei
From: Robert Lippincott, SPT
Subject: Chief of Psychiatry

Dr. Monthei:

This is to inform you of recent concern I have for our Chief of Psychiatry, Dr. Wadsworth.

Dr. Wadsworth has been exhibiting some changes, and they don't appear healthy. His unusual behavior in recent mental health meetings and his tone within recent email has me worried. He appears to be having an increasingly difficult time processing communication and discerning proper boundaries. What's more, this seems combined with a vaguely couched aggression. He occasionally appears a bit disheveled and unkempt, his eyes swollen and darting. I don't know what's going on with him, nor what his true intentions are. His behavior has the feel of some sort of vendetta, which frightens me for him and, frankly, for us all.

I've worked 27 years as a state employee in challenging institutions. I'm not ordinarily a worrier. But I do worry now. Dr. Wadsworth's presence is unsettling.

I feel the need to tiptoe around any issues wherever he is present.

I'm available should you want any further information.

Respectfully,

Robert Lippincott, SPT

Exhibit 7 - Page 11

ATTACHMENT 3.g.

Exhibit 7 - Page 12

Monthei, Eric@CDCR

**From:** Whyte, Laura@CDCR
**Sent:** Wednesday, June 04, 2014 10:16 AM
**To:** Monthei, Eric@CDCR
**Subject:** RE: FYI

**Importance:** High

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Dr. Monthei,

I am just returning to the institution from CIW and wanted to follow up on Saturday, how it exemplifies the tone set by this individual over the past few months, and the manner in which it is affecting this program.

For months now this individual has approached department meetings, management meetings, individual conversations with management, and individual conversations with line staff in an unprofessional and deceitful way. He perseverates on issues he suggests he has no knowledge of or training in that he's executed with ease historically. He is unwilling or unable to understand answers that are provided to him and holds meetings and individuals hostage in conversation repeating his questions and constantly seeking clarification. His mental status is concerning, his approach appears malicious, he does not seem stable, and he's actively creating issues that don't exist.

A concerning situation with a line psychologist arose a few weeks ago: Dr. Wadsworth asked said psychologist to amend mental health program subcommittee minutes via email and requested that she inform the meeting participants of his amendment in his absence. This staff member approached me expressing discomfort and fear related to the request and extreme reluctance to execute it because of his approach.

My understanding is that Dr. Wadsworth's assignment is in no way related to the 4th floor and its varying programs. A few weeks ago he asked me to take documents to the 4th floor for him which made me extremely uncomfortable-I declined to assist him. I was informed yesterday that he is requesting sign in sheets from MHCB/NAMH/SCCP meetings (all 4th floor programs) from nursing staff. It is my understanding that no reason was provided for his request and that he asked at least an SRN II and an RN for the information-what he would need with sign in sheets from programs he is not involved in is concerning to me.

I am afraid to speak with him. I am uncomfortable with him in the institution and have grave concerns about him working with our line staff and more importantly our patient population. He does not appear to approaching his work genuinely. He is clearly not executing the departments mission and I fear this is undermining treatment.

Of additional concern is the manner in which his presence is disrupting the work environment. Specifically, members of your staff, both management and line, are routinely entering my office to avoid interactions with him in the hall. They are afraid to talk with him, they do not want to work with him, and don't feel they can go to him as his behavior has been unsettling to all.

I am hopeful you will be able to assist with some of these issues.

Thank you,

LW

Exhibit 7 - Page 13

**From:** Monthei, Eric@CDCR
**Sent:** Saturday, May 31, 2014 12:50 PM
**To:** Whyte, Laura@CDCR
**Subject:** RE: FYI

Understood. Please let me know when you are off-site. Thank you.

Eric E. Monthei, Psy.D.
Chief of Mental Health

**San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
(415) 721-3540 (Office)
(415) 306-1334 (BlackBerry)
Eric.Monthei@CDCR.CA.GOV (E-Mail)

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Whyte, Laura@CDCR
**Sent:** Saturday, May 31, 2014 12:44 PM
**To:** Monthei, Eric@CDCR
**Subject:** RE: FYI

Dr. Monthei,

I am uncomfortable and anxious about being onsite with him generally-these feelings are heightened with limited staff and support around.

Thank you for permission to leave. Working in fear is unproductive.

I have reassigned 1 of the 4 tasks I came in to complete to some of my weekend staff. I have left the 3 remaining tasks with instructions for my weekday staff to complete during normal work hours.

LW

**From:** Monthei, Eric@CDCR
**Sent:** Saturday, May 31, 2014 12:32 PM
**To:** Whyte, Laura@CDCR
**Subject:** RE: FYI

Unfortunately, it is not uncommon for our management team to work weekends and holidays. However, our past practice is for management to coordinate this need with me, as you did on Thursday and Friday. Given that he did not coordinate his presence with me and does not have any specific weekend related assignment, I have no idea what non-patient related work he may be conducting.

Regardless of what he may or may not be working on, if Dr. Wadsworth's unscheduled presence without other supervisors being on-site is discomforting or disruptive then please feel free to leave. Given the uniqueness of this situation, please let me know if we should coordinate making alternative arrangements for the inpatient ICF assignments that you requested to complete on this date. Thank you.

Eric E. Monthei, Psy.D.
Chief of Mental Health

Exhibit 7 - Page 14

**San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
(415) 721-3540 (Office)
(415) 306-1334 (BlackBerry)
Eric.Monthei@CDCR.CA.GOV (E-Mail)

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Whyte, Laura@CDCR
**Sent:** Saturday, May 31, 2014 11:49 AM
**To:** Monthei, Eric@CDCR
**Subject:** FYI

Wadsworth is onsite.

L. Whyte, LCSW
Senior Social Worker
Mental Health Services Delivery System
San Quentin State Prison
415-454-1460 x3750

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately.

Exhibit 7 - Page 15

# Monthei, Eric@CDCR

**From:** Monthei, Eric@CDCR
**Sent:** Saturday, May 31, 2014 12:50 PM
**To:** Whyte, Laura@CDCR
**Subject:** RE: FYI

Understood. Please let me know when you are off-site. Thank you.


Eric E. Monthei, Psy.D.
Chief of Mental Health

**San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
(415) 721-3540 (Office)
(415) 306-1334 (BlackBerry)
Eric.Monthei@CDCR.CA.GOV (E-Mail)


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Whyte, Laura@CDCR
**Sent:** Saturday, May 31, 2014 12:44 PM
**To:** Monthei, Eric@CDCR
**Subject:** RE: FYI

Dr. Monthei,

I am uncomfortable and anxious about being onsite with him generally-these feelings are heightened with limited staff and support around.

Thank you for permission to leave. Working in fear is unproductive.

I have reassigned 1 of the 4 tasks I came in to complete to some of my weekend staff. I have left the 3 remaining tasks with instructions for my weekday staff to complete during normal work hours.

LW

---

**From:** Monthei, Eric@CDCR
**Sent:** Saturday, May 31, 2014 12:32 PM
**To:** Whyte, Laura@CDCR
**Subject:** RE: FYI

Unfortunately, it is not uncommon for our management team to work weekends and holidays. However, our past practice is for management to coordinate this need with me, as you did on Thursday and Friday. Given that he did not coordinate his presence with me and does not have any specific weekend related assignment, I have no idea what non-patient related work he may be conducting.

Regardless of what he may or may not be working on, if Dr. Wadsworth's unscheduled presence without other supervisors being on-site is discomforting or disruptive then please feel free to leave. Given the uniqueness of this situation, please let me know if we should coordinate making alternative arrangements for the inpatient ICF assignments that you requested to complete on this date. Thank you.

Exhibit 7 - Page 16