**Eric E. Monthei, Psy.D.**
Chief of Mental Health

**San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
(415) 721-3540 (Office)
(415) 306-1334 (BlackBerry)
Eric.Monthei@CDCR.CA.GOV (E-Mail)

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Whyte, Laura@CDCR
**Sent:** Saturday, May 31, 2014 11:49 AM
**To:** Monthei, Eric@CDCR
**Subject:** FYI

Wadsworth is onsite.

L. Whyte, LCSW
Senior Social Worker
Mental Health Services Delivery System
San Quentin State Prison
415-454-1460 x3750

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately.

Exhibit 7 - Page 17

# Monthei, Eric@CDCR

**From:** Monthei, Eric@CDCR
**Sent:** Wednesday, May 14, 2014 9:21 AM
**To:** Enos, Angelina@CDCR
**Cc:** Barone, J.@CDCR; Burton, Paul@CDCR; Chen, Rachel@CDCR; Chu, Dave@CDCR; Corrado, Courtney@CDCR; Desmond, Diane@CDCR; Edwards, Alyssa@CDCR; Herndon, Caroline@CDCR; Hickerson, Chad@CDCR; Lippincott, Robert@CDCR; Ricciardi, Dana@CDCR; Smith, Cheri@CDCR; Van Burg, Chera@CDCR; Whyte, Laura@CDCR
**Subject:** FW: Mental Health Program Subcommittee

Thank you for the below. To avoid a potentially awkward situation, I will run subcommittee today. However, if you would remain at the center table and assist with the minutes and slides it would be appreciated. Thank you.

**Eric E. Monthei, Psy.D.**
Chief of Mental Health

**San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
(415) 721-3540 (Office)
(415) 306-1334 (Mobile)
Eric.Monthei@CDCR.CA.GOV (E-Mail)

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Enos, Angelina@CDCR
**Sent:** Wednesday, May 14, 2014 9:07 AM
**To:** Monthei, Eric@CDCR
**Subject:** FW: Mental Health Program Subcommittee


**From:** Wadsworth, Chris@CDCR
**Sent:** Wednesday, May 14, 2014 8:15 AM
**To:** Enos, Angelina@CDCR
**Subject:** Re: Mental Health Program Subcommittee


Enos!

Thanks. I am hopeful that I will be present for today's meeting. If I am present, I can suggest these comments on my own. However, if I'm not present at the time that meeting-minutes are approved, can you please represent that I would like the meeting minutes to reflect that I emailed you about amending the minutes pertaining to my open-forum item? My suggested addition:

"Dr. Wadsworth generally inquired how MH staff members that were not currently receiving emails (that are sent to all other members of the MH Dept.) could be added to those distribution lists, as the emails provided helpful/crucial information for MH staff members.

Some members of the staff who were in attendance of the meeting offered helpful suggestions. Dr. Wadsworth indicated that he had tried the suggested methods, but he had not been successful in integrating the excluded members of the staff onto the distribution lists. No additional methods were suggested to resolve this issue."

Exhibit 7 - Page 18

On May 14, 2014, at 6:46, "Enos, Angelina@CDCR" <Angelina.Enos@cdcr.ca.gov> wrote:

Good Afternoon,

The Mental Health Program Subcommittee meeting will take place tomorrow, Wednesday March 13th at 10:30 in the CHSB Belvedere Room.
Attached for your review are the agenda for tomorrow and the minutes from last week.

Thank you.

A. Enos, PsyD

Psychologist, Quality Management
San Quentin State Prison
(415)454-1460, x3751

**CONFIDENTIALITY NOTICE:** *This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*

<Agenda 05-14-14.doc>
<Draft MHPS Minutes 5-7-14.docx>

Exhibit 7 - Page 19

| QUALITY MANAGEMENT | Mental Health Program Subcommittee | | |
|---|---|---|---|
| | Institution: CSP San Quentin | | |
| Minutes Taker: D. Boles, OT | Meeting Date: May 7, 2014 | Meeting Start Time: 10:30 am Meeting End Time: 11:15 am | |
| | | Present | Absent |
| Name | Position Title | | |
| E. Monthei, Psy.D. | Chief of Mental Health | X | |
| C. Wadsworth, MD | Chief Psychiatrist | X | |
| J. Barone, RN | RN, Psychiatric Technician Coordinator | X | |
| P. Burton, MD | Senior Psychiatrist | X | |
| R. Chen, Psy.D. | Senior Psychologist, Condemned Unit | X | |
| C. Corrado, Psy.D. | Senior Psychologist (A) Condemned Team | X | |
| J. Curzon, AW | Associate Warden, HCAU | | X |
| D. Desmond, Ph.D. | Senior Psychologist, Quality Management | | X |
| A. Edwards, OSSII | Office Services Supervisor II | X | |
| C. Herndon, Ph.D. | Clinical Psychologist | X | |
| R. Lippincott, SPT | Senior Psychiatric Technician | X | |
| D. Ricciardi, LCSW | Senior Social Worker (A), Ad Seg Team | X | |
| C. Smith, HPSI | Health Program Specialist-I | X | |
| C. Van Burg, Ph.D. | Sr. Psychologist, Treatment/Assessment, Mainline | X | |
| L. Whyte, LCSW | Senior Social Worker, High Risk Team | X | |
| A. Laureano, RN | Chief Nurse Executive | X | |
| D. Martinez, SCC | Standards and Compliance Coordinator | | X |
| R. Hewett, HRS | Health Records, Supervisor | | X |
| C. Hickerson, CSE | Chief Support Executive | | X |
| D. Boles, OT | Office Technician, QMT | X | |
| G. Benitz, Psy.D. | Clinical Psychologist, QMT | X | |
| A. Enos, Psy.D. | Clinical Psychologist, QMT | X | |
| D. Rosnik, Psy.D. | Clinical Psychologist, QMT | | X |
| A. Mincey, CCII | Correctional Counselor II | X | |
| E. Hollander, Ph.D. | Clinical Psychologist, DDP Psychologist | | X |
| J. Nishimoto, HPSI | Health Program Specialist-I | X | |
| R. Turner, Sgt. | Correctional Sergeant | X | |
| R. Soria, Capt. | Correctional Captain, HCAU | | X |
| J. Robertson, AW | Associate Warden, Specialized Housing | | X |
| J. Beebe, AGPA | Associate Government Program Analyst | X | |
| M. Romero, CCII | Correctional Counselor II | | X |
| K. Mitchell, CDW | Chief Deputy Warden | | X |
| J. Lawson, AW | Associate Warden, ADA | | X |
| V. Larkins, Lt. | Lieutenant, HCAU | | X |
| Perez, Sgt. | Sergeant | | X |
| Yogla-Ogbuehi, Modrate | Supervising Registered Nurse | x | |

Quorum Present: __X__ Yes  _____ No

1. The minutes for 4/30/14 were approved.

2. Standing Agenda Items:
    a. Mental Health/Nursing: Dr. Burton thanked nursing staff for their help in transferring an inmate to an outside hospital after an overdose. Dr. Burton stated that the timeliness of nursing contributed to preserving life. No new updates were reported from nursing staff.
    b. Health Records: Dr. Monthei reported that there are currently outside meetings taking place in regards to health records.

c. RVR/IEX: Dr. Van Burg had several questions for custody. As the appropriate custody representative was not present she agreed to carry over the items to our next meeting.
d. Use of Force updates: Ms. Beebe reported that there are no new updates at this time. It was noted that SQ recently experienced nine days without any incidents.
e. RC Transfer Updates: No new updates were reported at this time. RC transfer numbers continue to be at their lowest point, 71 days, and focus is shifting to inmates who have been at SQ for an extended period of time.
3. Follow-Up/On-going:
  a. PIP Program updates:
    i. Physical plant - No new updates were reported. The cable and electricity are continuing to be worked on.
    ii. P&P integration – This continues to be a work in progress. Licensing was here yesterday and work continues to be done to localize and perfect policies.
  b. ICF Screening Status: Dr. Burton stated the ICF screening should be completed today and the last IDTT was held in the morning. Thirty-nine beds will be at the ICF/PIP level of care. Dr. Burton expressed his appreciation for clinicians on the condemned team, custody, nursing, and CTC staff.

4. New Business
  a. SNY Yards: Ms. Smith stated that she is trying to get the SNY yard transferred to a new yard after she received reports that it interfered with inmate movement to education. She stated that she is working with custody to identify a solution. Sgt. Turner stated that this issue is currently being looked into. Ms. Smith would like to keep this as an agenda item until the details are fully worked out.

5. Open Forum:
  A. Mr. Laureano stated that this week is Nurses Appreciation Week.
  B. Dr. Van Burg reported that there is a possible new EOP inmate in the mainline population. Dr. Enos reported that the inmate was placed on the Accelerated Transfer List this week. Dr. Van Burg would like to ensure a timely transfer if/when the inmate is confirmed to be EOP.
  C. Dr. Wadsworth inquired about MHSDS distribution lists.
  D. Ms. Whyte and Dr. Burton thanked everyone who has been working hard on the fourth floor for all of the effort that they have given.
  E. Dr. Burton stated that there will be a fourth floor interdisciplinary meeting every Thursday at noon starting tomorrow.
6. Adjournment

| Date of Next Meeting | 05/14/14 | |
|---|---|---|
| Subcommittee Chairperson Approval of Minutes: | **Signature** E. Monthei, Psy.D., Chief of Mental Health | 05/14/14 **Date** |

Exhibit 7 - Page 21

2

ATTACHMENT 3.h.

Exhibit 7 - Page 22

**From:** Corrado, Courtney@CDCR
**Sent:** Tuesday, June 03, 2014 1:02 PM
**To:** Monthei, Eric@CDCR
**Subject:** Dr. Wadsworth

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Dr. Monthei,

I would like to express my growing concern with regard to Dr. Wadsworth's strange and inappropriate behavior at work. Dr. Wadsworth's choice to include the management team on emails which clearly do not pertain to us, or require our input in any way is uncomfortable an unnecessary. I feel that by including myself and the rest of the management team in such emails, Dr. Wadsworth is unwillingly making us part of his personal agenda, which no one asked to be a part of.

Additionally, Dr. Wadsworth's attendance at our management and subcommittee meetings makes for an uncomfortable environment. His questions/comments are at times redundant and peculiar, and do not seem appropriate for a management meeting setting. He utilizes the management meeting as an opportunity to raise questions (of which he already knows the answers) specifically to you, rather than as an opportunity to creatively discuss ideas with the group as a whole, which is what I see the purpose of these meetings to be.

Furthermore, Dr. Wadsworth's comments have become increasingly bizarre, as evidenced by his most recent analogy/diatribe on aircraft mechanics. Due to the awkwardness of his presence, and my confusion over his agenda, I no longer feel comfortable bringing my questions/concerns to the management meetings. This saddens me, as up until relatively recently, the meetings have been a safe space to openly collaborate with colleagues. I looked forward to these meetings and saw them as a unique venue to grow and thrive as a professional.

Overall, I have grown more and more uncomfortable at work, which served as the catalyst to finally bring forth the above mentioned concerns. I feel that not only is Dr. Wadsworth's behavior unprofessional, inappropriate, disruptive, and strange, but as a result of his behavior, my productivity is ultimately hindered and our work environment disrupted.


Courtney Corrado, Psy.D.
Senior Psychologist (A)
Condemned Outpatient Treatment Team
San Quentin State Prison
Courtney.Corrado@cdcr.ca.gov
415.454.1460 ext: 3731

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication immediately.

Exhibit 7 - Page 23