**MARVIN FIRESTONE, MD, JD & ASSOCIATES**
Marvin H. Firestone, State Bar No. 103678
Michael A. Firestone, State Bar No. 282479
1700 S. El Camino Real, Suite 204
San Mateo, California 94402
Telephone: (650) 212-4900
Facsimile:  (650) 212-4905
Firestone@LawMDJD.com

**LAW OFFICE OF EDWARD J. CADEN**
Edward J. Caden, State Bar No. 166922
9245 Laguna Springs Drive, Suite 200
Elk Grove, California 95758
Telephone: (916) 729-3172
Facsimile:  (916) 673-2134
Edward.Caden@Cadenlaw.org

Attorneys for Plaintiff, Christopher Wadsworth, M.D.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER S. WADSWORTH, M.D., | ) Case No.  3:15-cv-02322 |
| Plaintiff | ) Hon. Edward M. Chen |
| vs. | ) |
| | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL  AGAINST NAMED** |
| | ) **DEFENDANTS** |
| THE CALIFORNIA DEPARTMENT OF | ) |
| CORRECTIONS AND | ) **REQUEST FOR BENCH TRIAL** |
| REHABILITATION (CDCR); | ) |
| CALIFORNIA CORRECTIONAL | ) |
| HEALTH CARE SERVICES (CCHCS); | ) |
| JEFFREY BEARD; J. CLARK KELSO; | ) |
| TIMOTHY BELAVICH; RACHEL CHEN; | ) |
| COURTNEY CORRADO; EUREKA | ) |
| DAYE; ANDREW DEEMS; ERIC | ) |
| MONTHEI; CHERA VAN BURG; | ) |
| LAURA WHYTE; and DOES 1 through 50, | ) |
| inclusive. Defendants. | ) |

PLAINTIFF's NOTICE OF VOLUNTARY
DISMISSAL & REQUEST FOR BENCH TRIAL
CASE No. 3:15-CV-02322

1

1      TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE

2  COUNSEL OF RECORD:

3
       On May 22, 2015, Plaintiff filed a Complaint against the above stated Defendants.
4
   Plaintiff has not yet served the named Defendants with the Complaint and therefore, the
5
   Defendants have not answered the Complaint.
6

7      On June 3, 2015, Plaintiff filed a First Amended Complaint which voluntarily dismisses

8  this lawsuit against two of the named Defendants THE CALIFORNIA DEPARTMENT OF

9  CORRECTIONS AND REHABILITATION (CDCR) and CALIFORNIA CORRECTIONAL

10  HEALTH CARE SERVICES (CCHCS).  Pursuant to Federal Rule of Civil Procedure 41(a), this

11  dismissal is to be without prejudice.

12      Plaintiff initially requested a jury trial at the time of filing his initial Complaint, but would

13  like to withdraw that request, and proceed with a bench trial before this Honorable Court as the

14  trier of fact, based on the First Amended Complaint filed on June 3, 2015.

15

16      Dated:  June 3, 2015.

17                                    By /s/ Marvin H. Firestone, MD, JD.

18                                    Attorney for Plaintiff, Christopher Wadsworth, MD.

19

20

21

22

23

24

25

26

27

28

PLAINTIFF's NOTICE OF VOLUNTARY
DISMISSAL & REQUEST FOR BENCH TRIAL          2
CASE No. 3:15-CV-02322

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on the date written above, that I electronically filed the foregoing

3

document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF

4

system will send notification of such filings to all CM/ECF participants.

5

s/ Marvin H. Firestone, MD, JD

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28