John F. Hyland (SBN 178875)
jhyland@rhdtlaw.com
Jessica Riggin (SBN 281712)
jriggin@rhdtlaw.com
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700

Attorneys for Plaintiff
CHRISTOPHER WADSWORTH, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER S. WADSWORTH, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD; J. CLARK KELSO; TIMOTHY BELAVICH; RACHEL CHEN; COURTNEY CORRADO; EUREKA DAYE; ANDREW DEEMS; ERIC MONTHEI; CHERA VAN BURG; LAURA WHYTE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:15-cv-02322-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND AND ALLOW FILING OF SECOND AMENDED COMPLAINT**<br><br>[Civil Local Rule 6-1(a)]<br><br>Date Action Filed: 5/22/2015<br>First Amended Complaint Filed: 6/3/2015 |

Pursuant to Local Rule 6-1(a), Plaintiff Christopher Wadsworth and Defendants Jeffrey Beard, Rachel Chen, Courtney Corrado, Chera Van Burg, Laura Whyte, and J. Clark Kelso (collectively referred to as "Stipulating Defendants"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the current deadline for at least some of the Stipulating Defendants to respond to the First Amended Complaint is November 4, 2015;

WHEREAS, Rukin Hyland Doria & Tindall LLP substituted into this case on October 30,

1  2015 as counsel of record for Plaintiff Wadsworth and intend to file on Plaintiff's behalf a second
2  amended complaint;
3      WHEREAS, Rukin Hyland Doria & Tindall LLP require sufficient time to meet and confer
4  with Stipulating Defendants' counsel and to prepare an amended complaint given the voluminous
5  facts and currently pled causes of action in the operative complaint;
6      WHEREAS, Plaintiff intends to file the second amended complaint prior to the Case
7  Management Conference currently scheduled for December 10, 2015, and therefore the extension
8  of time for Plaintiff to file a second amended complaint will not unduly affect or interfere with any
9  conferences or hearings scheduled currently on calendar in this matter;
10     WHEREAS, it is Plaintiff's and the Stipulating Defendants' understanding that the
11 remaining Defendants have not yet secured counsel but will not be prejudiced by this stipulation;
12     WHEREAS, the parties execute this stipulation upon mutual agreement, in good faith, and
13 not for the purpose of causing unwarranted delay; and
14     WHEREAS, the parties have not previously stipulated for an extension of time for Plaintiff
15 to file an amended complaint;
16     The parties now stipulate that (1) Plaintiff shall file his second amended complaint on or
17 before December 7, 2015, and (2) the Stipulating Defendants shall file their respective responsive
18 pleadings thereto not later than January 11, 2015 and, by entering into this stipulation, shall not be
19 deemed to have waived any defenses they have to the second amended complaint.
20 **IT IS SO STIPULATED.**

Dated: November 4, 2015                RUKIN HYLAND DORIA & TINDALL LLP

By:    /s/ Jessica Riggin

Jessica Riggin
John F. Hyland

Counsel for Plaintiff Christopher Wadsworth, M.D.

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND AND ALLOW FILING OF SECOND AMENDED
COMPLAINT
Case No.: 3:15-cv-02322-EMC

1
2  Dated: November 3, 2015

3
4

OFFICE OF THE ATTORNEY GENERAL

By: _____

Lyn Harlan

Counsel for Jeffrey Beard, Rachel Chen, Courtney Corrado, Chera Van Burg, and Laura Whyte

5
6
7
8  Dated: November __, 2015

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

9
10

By: _____

Martin Dodd

Counsel for J. Clark Kelso

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: November __, 2015

OFFICE OF THE ATTORNEY GENERAL

By: _____

Lyn Harlan

Counsel for Jeffrey Beard, Rachel Chen, Courtney Corrado, Chera Van Burg, and Laura Whyte

Dated: November 3, 2015

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By: _____

Martin Dodd

Counsel for J. Clark Kelso

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*