John F. Hyland (SBN 178875)
*jhyland@rhdtlaw.com*
Jessica Riggin (SBN 281712)
*jriggin@rhdtlaw.com*
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700

Attorneys for Plaintiff
CHRISTOPHER WADSWORTH, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER S. WADSWORTH, M.D., | Case No. 3:15-cv-02322-EMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| JEFFREY BEARD; J. CLARK KELSO; TIMOTHY BELAVICH; RACHEL CHEN; COURTNEY CORRADO; EUREKA DAYE; ANDREW DEEMS; ERIC MONTHEI; CHERA VAN BURG; LAURA WHYTE; and DOES 1 through 50, inclusive, | [Civil Local Rule 6-2] |
| | Date Action Filed: 5/22/2015 |
| | First Amended Complaint Filed: 6/3/2015 |
| Defendants. | |

Upon review of the Parties' Stipulated Request for Order Extending Time for Case Management Conference, the Court hereby orders as follows:

1. Plaintiff shall have until December 30, 2015 to file a Second Amended Complaint;

2. Defendants' deadline to respond to the Second Amended Complaint is January 25, 2016;

3. The Case Management Conference currently scheduled for December 17, 2015, is hereby removed from the Court's calendar; and

4. The Case Management Conference shall take place at 9:30 a.m. on January 28, 2016, and the parties shall file their joint Case Management Conference Statement no later than January 21, 2016.

**IT IS SO ORDERED.**

Dated: __12/3_____, 2015

_____
Hon. Edward M. Chen
Judge of the United States District Court
Northern District of California

IT IS SO ORDERED
Judge Edward M. Chen