John F. Hyland (SBN 178875)
*jhyland@rhdtlaw.com*
Jessica Riggin (SBN 281712)
*jriggin@rhdtlaw.com*
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700

Attorneys for Plaintiff
CHRISTOPHER WADSWORTH, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER S. WADSWORTH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY BEARD; J. CLARK KELSO; TIMOTHY BELAVICH; RACHEL CHEN; COURTNEY CORRADO; EUREKA DAYE; ANDREW DEEMS; ERIC MONTHEI; CHERA VAN BURG; LAURA WHYTE; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:15-cv-02322-EMC <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO STAY** <br><br> [Civil Local Rule 7-12] <br><br> Date Action Filed: 5/22/2015 <br> First Amended Complaint Filed: 6/3/2015 |

Upon review of the Parties' Stipulation to Stay, the Court hereby orders as follows:

1. The above-captioned case is hereby stayed;

2. All currently scheduled dates and deadlines are removed from the Court's calendar; and

3. The Parties shall file a status report within fifteen (15) days of the date on which the State Personnel Board issues its final decision pursuant to Government Code 19582 in the matters of *In the Matter of Alleged Retaliation by Timothy Belavich, Eureka Daye, Andrew Deems, and*

1  *Eric Monthei* (Case No. 15-0365WE) and *Christopher Wadsworth v. California Department of*
2  *Corrections and Rehabilitation, California Correctional Health Care Services, et al.* (Case No. 15-
3  0355N) (or in the event the matters are not consolidated, within fifteen (15) days of the later
4  decision) in which the Parties shall (a) apprise the Court of the outcome of the proceeding(s) and
5  (b) propose dates for the filing of Plaintiff Wadsworth's Second Amended Complaint in this Case,
6  for the filing of Defendants' responsive pleadings, and for the Case Management Conference.

7  **IT IS SO ORDERED.**  The 1/28/16 CMC is reset for 3/17/16 at 9:30 a.m.  A joint CMC statement
8  to confirm that the state board proceedings are moving forward and/or when parties expect a decision to be rendered shall be filed by 3/10/16.

9  Dated: ____12/23_____, 2015                    _____
10                                                      Hon. Edward M. Chen
11                                                      Judge of the United States District Court
                                                        Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen