1  John F. Hyland (SBN 178875)
   *jhyland@rhdtlaw.com*
2  Jessica Riggin (SBN 281712)
   *jriggin@rhdtlaw.com*
3  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 2150
4  San Francisco, California 94111
   Telephone: (415) 421-1800
5  Facsimile:  (415) 421-1700

6  Attorneys for Plaintiff
   CHRISTOPHER WADSWORTH, M.D.
7

8  *Additional counsel identified on following pages*

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

| CHRISTOPHER S. WADSWORTH, M.D., | Case No. 3:15-cv-02322-EMC |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER |
| v. | |
| JEFFREY BEARD; J. CLARK KELSO; TIMOTHY BELAVICH; RACHEL CHEN; COURTNEY CORRADO; EUREKA DAYE; ANDREW DEEMS; ERIC MONTHEI; CHERA VAN BURG; LAURA WHYTE; and DOES 1 through 50, inclusive, | Date: March 17, 2016
Time: 9:30 a.m.
Place: Courtroom 5, 17th Floor
Judge: Honorable Edward M. Chen

Date Action Filed: 5/22/2015
First Amended Complaint Filed: 6/3/2015 |
| Defendants. | |

Lyn Harlan (SBN 171471)
*lyn.harlan*@doj.ca.gov
OFFICE OF THE ATTORNEY GENERAL
1515 Clay St., Fl. 20
PO Box. 70550
Oakland, CA 94612
Telephone: (510) 622-2208
Facsimile: (510) 622-2270

Counsel for Jeffrey Beard, Rachel Chen,
Courtney Corrado, Chera Van Burg, and Laura Whyte


Martin Dodd (SBN 104363)
*mdodd@fddcm.com*
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
180 Sansome St., 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3841
Facsimile: (415) 399-3838

Counsel for J. Clark Kelso


David Tyra (SBN 116218)
*dtyra@kmtg.com*
Meredith Packer Garey (SBN 253701)
*mgarey@kmtg.com*
KRONICK MOSKOVITZ TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916)-321-4555

Counsel for Eureka Daye and Timothy Belavich


Carolee Kilduff (SBN 107232)
*ckilduff@akk-law.com*
Kevin Dehoff (SBN 252106)
*kdehoff@akk-law.com*
ANGELO, KILDAY & KILDUFF, LLP
601 University Ave, Ste. 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263

Counsel for Eric Monthei

Sue Ann Van Dermyden (SBN 166158)
*sav@valawcorp.com*
Janine Braxton (SBN 196321)
*jb@vmlawcorp.com*
VAN DERMYDEN MADDUX
2520 Venture Oaks Way, Ste. 140
Sacramento, CA 95833
Telephone: (916) 779-2402
Facsimile: (916) 779-1451

Counsel for Andrew Deems

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

On December 23, 2015, Plaintiff Christopher Wadsworth, and Defendants Jeffrey Beard, Timothy Belavich, Rachel Chen, Courtney Corrado, Eureka Daye, Andrew Deems, Eric Monthei, Chera Van Burg, Laura Whyte, and J. Clark Kelso (collectively, the "Parties"), through their respective counsel, filed a Stipulation to Stay proceedings in the above-captioned federal litigation due to two related proceedings currently pending before the California State Personnel Board: (1) *In the Matter of Alleged Retaliation by Timothy Belavich, Eureka Daye, Andrew Deems, and Eric Monthei,* a whistleblower case (Case No. 15-365WE); and (2) *Christopher Wadsworth v. California Department of Corrections and Rehabilitation, et al.,* an evidentiary hearing on a Request to File Charges (Case No. 15-355N).  Plaintiff Wadsworth intends to assert claims in this federal litigation for which he must exhaust his administrative remedies, including some claims that first require the State Personnel Board to issue, or fail to issue findings, such that the Parties agreed that it would maximize judicial efficiency to stay this case pending resolution of the State Personnel Board proceedings.

On December 23, 2015, the Court granted the Parties' Stipulation and removed all currently scheduled dates and deadlines from the calendar.  The Court also reset the Case Management Conference previously scheduled for January 28, 2016 for March 17, 2016 and ordered the Parties to file a Case Management Conference Statement by March 10, 2016 "to confirm that the state board proceedings are moving forward and/or when parties expect a decision to be rendered."

The Motion to Consolidate the whistleblower and RFC actions was denied.  There is a pretrial conference scheduled for April 7, 2016 in the whistleblower case (Case No. 15-365WE), and the parties expect the evidentiary hearing in that matter to be completed no later than the end of 2016.  There has not been a date scheduled to hear the RTFC matter.

For the same reasons contained in the Parties' Stipulation to Stay, the Parties jointly agree that the Court should continue to stay this case until the State Personnel Board issues its final decision pursuant to Government Code 19582 in *In the Matter of Alleged Retaliation by Timothy Belavich, Eureka Daye, Andrew Deems, and Eric Monthei* (Case No. 15-0365WE).  The Parties

will file a status report within fifteen (15) days of the date on which the State Personnel Board issues its final decision pursuant to Government Code 19582 in Case No. 15-0365WE.  The status report shall (a) apprise the Court of the outcome of the proceeding; and (b) propose dates for the filing of Plaintiff Wadsworth's Second Amended Complaint in this Case, for the filing of Defendants' responsive pleadings, and for the Case Management Conference; or advise whether the Parties believe the stay should continue until the conclusion of the RTFC matter.

Dated:  March 10, 2016

RUKIN HYLAND DORIA & TINDALL LLP

By:      /s/ John F. Hyland

John F. Hyland
Jessica Riggin

Counsel for Plaintiff Chris Wadsworth

Dated:  March 10, 2016

OFFICE OF THE ATTORNEY GENERAL

By:     /s/ Lyn Harlan

Lyn Harlan

Counsel for Jeffrey Beard, Rachel Chen, Courtney Corrado, Chera Van Burg, and Laura Whyte

Dated:  March 10, 2016

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By:     /s/ Martin Dodd

Martin Dodd

Counsel for J. Clark Kelso

Dated:  March 10, 2016

KRONICK MOSKOVITZ TIEDEMANN & GIRARD

By:     /s/ David Tyra

David Tyra
Meredith Packer Garey

Counsel for Eureka Daye and Timothy Belavich

Dated: March 10, 2016                           ANGELO, KILDAY & KILDUFF, LLP

                                                By:    /s/ Kevin Dehoff

                                                       Carolee Kilduff
                                                       Kevin Dehoff

Counsel for Eric Monthei

Dated: March 10, 2016                           VAN DERMYDEN MADDUX

                                                By:    /s/ Sue Ann Van Dermyden

                                                       Sue Ann Van Dermyden
                                                       Janine Braxton

Counsel for Andrew Deems

**LOCAL RULE 5-1 ATTESTATION**

I, John F. Hyland, am the ECF user whose ID and password are being used to file this Substitution of Counsel form. In compliance with Local Rule 5-1(i)(3), I hereby attest that: Lyn Harlan, Martin Dodd, David Tyra, Kevin Dehoff, and Sue Ann Van Dermyden have concurred in the filing of this document with their electronic signatures.

Dated: March 10, 2016                           RUKIN HYLAND DORIA & TINDALL LLP

IT IS SO ORDERED that the CMC is              By:    /s/ John F. Hyland
reset from 3/17/16 to 12/15/16 at 9:30 a.m.
An updated joint CMC statement shall                  John F. Hyland
be filed by 12/8/16.
                                                Counsel for Plaintiff Chris Wadsworth
_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

- 3 -
MANAGEMENT CONFERENCE STATEMENT
Case No.: 3:15-cv-02322-EMC