AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Christopher Wadsworth, MD<br>    Plaintiff(s),<br>V.<br>CDCR, et al.<br>    Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:15-cv-2322 |

Notice is hereby given that, subject to approval by the court, __Christopher Wadsworth, MD__ substitutes
(Party (s) Name)

__Richard Fisher_____, State Bar No. __161540__ as counsel of record in
(Name of New Attorney)

place of __John F. Hyland & Jessica Riggin of Rukin Hyland Doria & Tindall LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:  Goyette & Associates, Inc.
 Address:   2366 Gold Meadow Way, Suite 200, Gold River, CA 95670-4471
 Telephone:  (916) 851-1900    Facsimile
 E-Mail (Optional): richard@goyette-assoc.com

I consent to the above substitution.
Date: May 5, 2016
                     (Signature of Party (s))

I consent to being substituted.
Date: 5/5/2016
                  (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 5/5/16
                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/11/16

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]