XAVIER BECERRA
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General
LYN HARLAN
Deputy Attorney General
State Bar No. 171471
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-0273
 Fax: (510) 622-2270
 E-mail: Lyn.Harlan@doj.ca.gov
*Attorneys for Defendants Jeffrey Beard,*
*Rachel Chen, Courtney Corrado, Chera*
*Van Burg, and Laura Whyte*

CHRISTOPHER WADSWORTH, M.D.
 P.O. Box 305
 San Quentin, CA 94964
 Telephone: (415) 766-2362
 Facsimile: (415) 813-5950
 E-mail: Christopher.wadsworth@forensicmd.net
 *In Propria Persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER S. WADSWORTH, M.D.,** | Case No. 3:15-cv-02322 |
| Plaintiff, | **STIPULATED REQUEST FOR EXPEDITED HEARING RE SETTLEMENT AGREEMENT; PROPOSED ORDER** |
| v. | |
| **JEFFREY BEARD; J. CLARK KELSO; TIMOTHY BELAVICH; EUREKA DAYE; ANDREW DEEMS; ERIC MONTHEI; CHERA VAN BURG; LAURA WHYTE; RACHEL CHEN; COURTNEY CORRADO; and DOES 1 through 50, inclusive,** | |
| Defendants. | |

## STIPULATED REQUEST FOR EXPEDITED HEARING RE SETTLEMENT AGREEMENT

### I.   BACKGROUND

In June 2017, the parties to this action globally settled their pending legal disputes, including this case. A copy of the fully executed Settlement Agreement and Release (Agreement) was provided to the Court at the last case management conference (CMC), as Exhibit A to the CMC statement. Pursuant to the Agreement, the Court dismissed this case, and ordered the parties to post-settlement mediation to try to resolve ongoing disagreements about the enforceable terms and conditions of the Agreement.

The California Department of Corrections and Rehabilitation (CDCR) and Dr. Chris Wadsworth attended mediation on December 4, 2017.

The CDCR and Dr. Wadsworth disagreed about whether the Agreement requires Dr. Wadsworth to transfer from San Quentin State Prison (San Quentin) to Folsom State Prison (Folsom), effective January 1, 2018, and they were unable to resolve this issue at the mediation on December 4, 2017. At the mediation, the CDCR and Dr. Wadsworth stipulated to an expedited hearing and simultaneous briefing schedule, and agreed to jointly request an expedited hearing on the transfer issue prior to the effective date of the transfer.

The other defendants are not involved in the transfer dispute, and have agreed to postpone their involvement in the ongoing post-settlement mediation until after the transfer dispute is resolved. Dkt. 70-71.

### II.   STIPULATED HEARING REQUEST

The CDCR defendants and Dr. Wadsworth stipulate to, and request, the following expedited hearing and briefing schedule:

1.   The Court will have an expedited hearing at 1:30 p.m. on December 21, 2017 to determine whether, pursuant to the settlement agreement, Dr. Wadsworth is required to transfer from San Quentin to Folsom, effective January 1, 2018.

2.   The CDCR and Dr. Wadsworth will file their respective moving briefs regarding the transfer to Folsom on December 12, 2017.

1    3.    The CDCR and Dr. Wadsworth will file their respective reply briefs regarding the

2    transfer to Folsom on December 15, 2017.

3

4    Dated: December 8, 2017                     Respectfully submitted,

5                                                XAVIER BECERRA
                                                Attorney General of California
6                                               MIGUEL A. NERI
                                                Supervising Deputy Attorney General

7

8                                               /s/ Lyn Harlan
                                                LYN HARLAN
9                                               Deputy Attorney General
                                                *Attorneys for Defendants Jeffrey Beard,*
10                                              *Rachel Chen, Courtney Corrado, Chera*
                                                *Van Burg, and Laura Whyte*

11

12

13                                              /s/Christopher Wadsworth, M.D.

14   Dated: December 8, 2017                    _____

15                                              Christopher Wadsworth, M.D.
                                                *In Propia Persona*

16

17

18

19   **IT IS SO ORDERED.**

20

21   Dated:    12/8/17

22                                              Distri_____Ju_____  Judge Edward M. Chen

23

24

25

26

27   OK2015900240
     90880209.doc

28

---

Stipulated Request for Expedited Hearing re Settlement Agreement; Proposed Order  (3:15-cv-02322)